**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Gertrudis LEON–IBARRA,
Defendant—Appellant.**

No. 02–50216.
D.C. No. CR–01–03207–BTM.

United States Court of Appeals,
Ninth Circuit.

---

Submitted Feb. 10, 2003.*

Decided March 12, 2003.

Before LEAVY, FERNANDEZ and BERZON, Circuit Judges.

## MEMORANDUM **

Gertrudis Leon–Ibarra appeals her conviction, following a guilty plea, for importation of cocaine in violation of 21 U.S.C. §§ 952 and 960.

Leon–Ibarra's contention that 21 U.S.C. § 960 is facially unconstitutional following *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), and that *United States v. Harris*, 536 U.S. 545, 122 S.Ct. 2406, 153 L.Ed.2d 524 (2002), overrules *United States v. Buckland*, 289 F.3d 558, 562 (9th Cir.) (en banc), *cert. denied*, 535 U.S. 1105, 122 S.Ct. 2314, 152 L.Ed.2d 1067 (2002), and *United States v. Mendoza–Paz*, 286 F.3d 1104 (9th Cir.), *cert. denied,* —— U.S. ——, 123 S.Ct. 573, 154 L.Ed.2d 459 (2002), is foreclosed by *United States v. Hernandez*, 322 F.3d 592 (9th Cir.2003). Leon–Ibarra's contention that the indictment was defective because it did not allege that Leon–Ibarra had the *mens rea* as to the drug type and quantity is foreclosed by *United States v. Carranza*, 289 F.3d 634 (9th Cir.), *cert. denied,* ——

U.S. ——, 123 S.Ct. 572, 154 L.Ed.2d 458 (2002). Leon–Ibarra's conviction is

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

